ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| JML Logistics LLC | ) ASBCA No. 64021 |
| | ) |
| Under Contract No. SPE7L4-20-V-0189 | ) |

APPEARANCE FOR THE APPELLANT:    Ms. Rita J. Collins
    Owner

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    John J. Pritchard, Esq.
    Trial Attorney
    DLA Land and Maritime
    Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled. At the parties' request, the appeal is dismissed without prejudice.

Dated: February 24, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64021, Appeal of JML Logistics LLC, rendered in conformance with the Board's Charter.

Dated:  February 24, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals